# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ALISHA SOARES, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE |
| ) | NO. 1:16-CV-00521-LMM-AJB |
| v. ) | |
| ) | |
| STEAK N' SHAKE ) | |
| OPERATIONS, INC., ) | |
| ) | |
| ) | |
| Defendants ) | |
| ) | |

## DEFENDANT'S APPENDIX IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

1. Declaration of Charles Reddick;

2. Declaration of Libby Skilnik and exhibits;

3. Excerpts of Deposition of Alisha Y. Soares, taken October 11, 2016;

   and

4. Defendant's Exhibit 5 to the Deposition of Alisha Y. Soares.

Respectfully submitted this 29th day of November, 2016

/s/Kristy G. Offitt
Kristy G. Offitt
Georgia Bar No. 707231
kristy.offitt@ogleetreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
One Ninety One Peachtree Tower
191 Peachtree Street, N.E., Ste. 4800
Atlanta, Georgia 30303
404-881-1300 telephone
404-870-1732 facsimile

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALISHA SOARES, | ) |
| | ) |
| Plaintiff, | )  CIVIL ACTION FILE |
| | )  NO. 1:16-CV-00521-LMM-AJB |
| v. | ) |
| | ) |
| STEAK N' SHAKE OPERATIONS, INC., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the within and foregoing **Defendant's Appendix in Support of its Motion for Summary Judgment** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Larry A. Pankey
PANKEY & HORLOCK, L.L.C.
1441 Dunwoody Village Parkway, Suite 200
Atlanta, Georgia  30338-4122

This 29th day of November, 2016.

/s/Kristy G. Offitt
Kristy G. Offitt
Georgia Bar No. 707231